**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000686**
**30-MAY-2023**
**08:04 AM**
**Dkt. 63 ODSD**

NO. CAAP-22-0000686

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAII, Plaintiff-Appellee, v.
HARVEY K. KELIIKOA, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
HILO DIVISION
(CASE NO. 3DTC-20-021730)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon review of the record, it appears that:

(1) On January 18, 2023, the court extended the opening brief deadline to March 31, 2023;

(2) Self-represented Defendant-Appellant Harvey Keliikoa (Keliikoa) failed to file the opening brief or request a further extension of time;

(3) On April 5, 2023, the appellate clerk entered a default notice informing Keliikoa that the time for filing the opening brief had expired, the matter would be called to the court's attention on April 17, 2023, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Keliikoa could request relief from default by motion;

(4) The appellate clerk mailed the default notice to Keliikoa at his address on record; and

(5)  Keliikoa took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 30, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge